■ In the Matter of TOWN OF CAMILLUS, Appellant, v FRANKLIN E. WHITE, as New York State Commissioner of Transportation, et al., Respondents. TOWN OF CAMILLUS, Appellant, v FRANKLIN E. WHITE, as New York State Commissioner of Transportation, et al., Respondents. (Appeal No. 1.)—Order and judgment unanimously affirmed without costs. Memorandum: Supreme Court properly dismissed the petition and the complaint on the ground that the Town of Camillus lacks standing to bring either the proceeding or the action. (Appeal from order and judgment of Supreme Court, Onondaga County, Donovan, J.—summary judgment.) Present—Dillon, P. J., Callahan, Denman and Davis, JJ.

■ In the Matter of TOWN OF CAMILLUS, Appellant, v FRANKLIN E. WHITE, as New York State Commissioner of Transportation, et al., Respondents. TOWN OF CAMILLUS, Appellant, v FRANKLIN E. WHITE, as New York State Commissioner of Transportation, et al., Respondents. (Appeal No. 2.)—Judgment unanimously affirmed without costs. Same memorandum as in *Matter of Town of Camillus v White* ([appeal No. 1] 161 AD2d 1149 [decided herewith]). (Appeal from judgment of Supreme Court, Onondaga County, Stone, J.—summary judgment.) Present—Dillon, P. J., Callahan, Denman and Davis, JJ.

■ JEANETTE KLEIN et al., Respondents, v PAUL WALLACE, Defendant, and KENNETH BYERS et al., Appellants.—Order unanimously reversed on the law without costs and defendants' motion granted. Memorandum: Upon our review of the record, we conclude that defendant Wallace established his entitlement to summary judgment as a matter of law and that plaintiffs failed to establish a triable issue of fact whether Dr. Wallace exercised such control over the members of the medical staff at United Medical Consultants as to subject him to vicarious liability for their negligence and/or malpractice. (Appeal from order of Supreme Court, Monroe County, Curran, J.—summary judgment.) Present—Dillon, P. J., Callahan, Denman, Balio and Davis, JJ.